UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSE VILATO,

    Plaintiff,

v.                                            CASE NO.: 8:08-cv-2117-T-23TGW

USF&G SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

**ORDER**

    The plaintiff announces (Doc. 31) a settlement in this case. Pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty (60) days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause.[1]

    ORDERED in Tampa, Florida, on April 16, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[1] On December 20, 2008, the clerk administratively closed (Doc. 21) this case.